IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

      Plaintiff,

v.

MARY KLEMZ, BRIAN BANTLEON,
MICHAEL HELMEID, JIMMY
FOWLER and MICHAEL DOE,

      Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-80-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to the court's January 7, 2016, sanctions order in case no. 15-cv-420. Plaintiff's complaint does not include allegations that he is in imminent danger of serious physical harm.

/s/                                                                                    2/5/2016

Peter Oppeneer, Clerk of Court                            Date